IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PHL VARIABLE INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRICE DAWE 2006 INSURANCE TRUST, by ) <br> and through its trustee, CHRISTIANA BANK ) <br> AND TRUST COMPANY, and PRICE DAWE ) <br> IRREVOCABLE LIFE INSURANCE TRUST, ) <br> by and through its trustee, CHRISTOPHER S. ) <br> HAMMATT ) <br> ) <br> Defendants. ) <br> ) | C.A. No. 10-964-RGA |

## NOTICE OF SERVICE

I hereby certify that on the 7th day of May 2012, **NOTICE OF ISSUANCE OF SUBPOENAS UNDER RULE 45** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| John E. James, Esquire <br> POTTER ANDERSON & CORROON LLP <br> Hercules Plaza – Sixth Floor <br> 1313 North Market Street <br> Wilmington, DE  19801 | BY ELECTRONIC MAIL |
| Lary Alan Rappaport, Esquire <br> PROSKAUER ROSE LLP <br> 2049 Century Park East <br> Suite 3200 <br> Los Angeles, CA 90067 | BY ELECTRONIC MAIL |

{00582496;v1 }

John E. Failla, Esquire                                          BY ELECTRONIC MAIL
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036

                                       ASHBY & GEDDES

                                       */s/ Tiffany Geyer Lydon*
                                       _____
                                       Richard D. Heins (I.D. #3000)
                                       Tiffany Geyer Lydon (I.D. #3950)
                                       500 Delaware Ave., 8th Floor
                                       P.O. Box 1150
                                       Wilmington, DE 19899
                                       (302) 654-1888
                                       rheins@ashby-geddes.com
                                       tlydon@ashby-geddes.com

                                       -and-

                                       Thomas F.A. Hetherington
                                       Jarrett E. Ganer
                                       EDISON, McDOWELL & HETHERINGTON LLP
                                       Phoenix Tower
                                       3200 Southwest Freeway, Suite 2100
                                       Houston, Texas 77027
                                       (713) 337-5580

                                       *Attorneys for Plaintiff*
                                       *PHL Variable Insurance Company*

Dated: May 7, 2012